IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL L. PLYLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 04-277E |
| | ) |
| MOTION CONTROL INDUSTRIES, | ) |
| DIVISION OF CARLISLE CORPORATION, | ) |
| RETIREMENT PLAN FOR BARGAINING | ) |
| UNIT EMPLOYEES OF MOTION CONTROL | ) |
| INDUSTRIES, DIVISION OF CARLISLE | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO:   Clerk of United States District Court
        Western District of Pennsylvania

You will please enter my appearance on behalf of the plaintiff in the above captioned action.

BY:   /s/ Jason Mettley
Jason Mettley, Esquire
Pa. I.D. #81966
JUBELIRER, PASS & INTRIERI, P.C.
219 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15222
T:  (412) 281-3850
F:  (412) 281-1985
Email: jm@jpilaw.com

Attorney for Plaintiffs